IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAN F. BECKER,

      Petitioner,                    No. CIV S-07-0081 GEB EFB P

      vs.

WARDEN STEWART C. HUDSON,     <u>ORDER</u>
et al.,

      Respondents.
_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

      The application attacks a conviction issued by a state court in Ohio. The United States District Court in the district where petitioner was convicted has jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Ohio. *Id.* at 499 n.15; 28 U.S.C. § 2241(d).

      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that

      1. This matter is transferred to the United States District Court for the Southern District of Ohio; and

////

2. This court takes no action on petitioner's application to proceed in forma pauperis and defers resolution of that application to the transferee district.

DATED: March 23, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2