IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAN F. BECKER,

        Petitioner,           No. CIV S-07-0081 GEB EFB P

    vs.

WARDEN STEWART C, HUDSON, et al.,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the United States Courts of Appeals for the Sixth Circuit.  The United States District Court in the district where petitioner was convicted has jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Ohio State.  *Id.* at 499 n.15; 28 U.S.C. § 2241(d).  On March 26, 2007, this court transferred this matter to the United States District Court for the Southern District of Ohio.  That court returned the documents, informing the court that the Northern District of Ohio was the appropriate district.

/////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1.  This court has not ruled on petitioner's application to proceed *in forma pauperis*; and

2.  This matter is transferred to the United States District Court for the Northern District of Ohio.

DATED:  May 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE